# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA          JS-6

| | |
|---|---|
| LINDA CERON, individually,<br><br>　　　　Plaintiff,<br>　vs.<br><br>VERIZON SERVICES CORPORATION, a Delaware Corporation,<br><br>　　　　Defendants. | CASE NO. CV10-05428-DMG(AGRx)<br><br>ORDER FOR DISMISSAL WITHOUT PREJUDICE [37]<br><br>Fed. R. Civ. P. 41(a)(2) |

　　The Court has received and reviewed the June 30, 2011 "Voluntary Stipulation Without Prejudice Upon Stipulation Of The Parties." For good cause appearing therein:

　　IT IS HEREBY ORDERED pursuant to Federal Rule of Civil Procedure 41(a)(2) that the action referenced above shall be, and hereby is, dismissed without prejudice as against all defendants.

Dated: July 6, 2011

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge